**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-6629**

---

JOSEPH ANTHONY DANIELS,

                    Petitioner - Appellant,

          v.

PATRICIA WEST; VIRGINIA PAROLE BOARD,

                    Respondents - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  John A. Gibney, Jr., Senior District Judge.  (3:25-cv-00401-JAG-MRC)

---

Submitted:  December 23, 2025                    Decided:  December 31, 2025

---

Before WILKINSON and RUSHING, Circuit Judges, and FLOYD, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Joseph Anthony Daniels, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph Anthony Daniels appeals the district court's order dismissing his petition for a writ of mandamus for failure to state a claim and as frivolous pursuant to 28 U.S.C. § 1915(e)(2). We have reviewed the record and discern no reversible error. Accordingly, we affirm the district court's order. *Daniels v. Va. Parole Bd.,* No. 3:25-cv-00401-JAG-MRC (E.D. Va. July 9, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*